■ DONALD FREIER et al., Respondents, v AMAX, INC., et al., Defendants, and BRYAN M. PFOHL, Appellant. [631 NYS2d 267] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not abuse its discretion in denying the motion of defendant Bryan M. Pfohl for summary judgment dismissing the complaint so that discovery could take place (*see,* CPLR 3212 [f]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Doerr, Balio and Boehm, JJ.

■ BERNARD L. GALSTER, Appellant, v NORMAN THIEVERAGE, Individually and Doing Business as THIEVERAGE TRUCKING CO., et al., Respondents. [631 NYS2d 267] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Murad, J. (Appeal from Order of Supreme Court, Oneida County, Murad, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Doerr, Balio and Boehm, JJ.